

1  JAMES V. FITZGERALD, III (State Bar No. 55632)
2  NOAH G. BLECHMAN (State Bar No. 197167)
   McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
3  PFALZER, BORGES & BROTHERS LLP
   1211 Newell Avenue
4  Post Office Box 5288
   Walnut Creek, CA 94596
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
6
   Attorneys for Defendant
7  Sergeant Steve Harris, Officer C. Decious, Officer A. Mandell,
   and Officer G. Lewis
8
                        UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10

11  EARL L. HELTSLEY,
12          Plaintiff,
13     vs.
14  SERGEANT STEVE HARRIS, OFFICER
    C. DECIOUS, OFFICER A. MANDELL,
15  OFFICER G. LEWIS, DOES ONE
    THROUGH TEN, inclusive ,
16
17          Defendants.
18

| | |
|---|---|
| Case No. C06-02626CW | |
| STIPULATION AND ~~PROPOSED ORDER~~ CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING AND CASE MANAGEMENT CONFERENCE | |
| MSJ Date: | May 10, 2007 |
| Judge: | Hon. Claudia Wilken |
| CMC Date: | May 11, 2007 |
| Trial Date: | July 30, 2007 |

19
20        IT IS HEREBY STIPULATED between the parties that Defendants' Motion for Summary
21  Judgment hearing currently scheduled for May 10, 2007, at 2:00 P.M., with Judge Wilken, needs
22  to be rescheduled to May 24, 2007, at 2:00 P.M. due to the fact that Defendants' lead counsel,
23  Mr. Fitzgerald, will be on vacation and out of the country on May 10th and will not return to the
24  U.S. until May 19th.  The parties request this brief continuance of the Motion for Summary
25  Judgment hearing to May 24th.   This stipulation does not change any deadlines for any
26  outstanding briefs pertaining to this motion, nor does it affect any other significant case
    management deadlines in this action. Good cause has been demonstrated by the parties.

        In addition, the parties agree that it would be more appropriate to attend the next case

STIPULATION AND PROPOSED ORDER CONTINUING
MSJ HEARING AND CASE MANAGEMENT CONFERENCE
~ C06-02626CW

(Margin, left side, vertical text)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  management conference, currently set for May 11th, immediately following the hearing on the

2  Motion for Summary Judgment so the parties also seek to continue the currently set case

3  management conference to May 24th, following the hearing on the motion, if necessary pending

4  the outcome on the motion. This would be in the interests of judicial economy for the Court and

5  so the parties do not have to appear on successive dates. The parties agree it is logical to move

6  the case management conference following the motion hearing.

7

8  Dated: April 25, 2007

9                                    WALSTON LEGAL GROUP

10

11                                   By: _____
                                         Gregory Walston, Esq.
                                         Attorneys for Plaintiff
12  Dated: April 25 2007

13                                   McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                     PFALZER, BORGES & BROTHERS LLP
14

15                                   By: _____
                                         James V. Fitzgerald, III
16                                       Noah G. Blechman
                                         Attorneys for Defendant
17                                       Sergeant Steve Harris, Officer C. Decious, Officer A.
                                         Mandell, and Officer G. Lewis
18

19                                   **ORDER**

20        Defendants Motion for Summary Judgment hearing is reset to May 24, 2007, at 2:00 p.m.

21  in this department. The case management conference currently set for May 11th is continued to

22  immediately following the hearing on the Motion for Summary Judgment on May 24th, if need be

23  pending the outcome of the motion.

24

25  IT IS SO ORDERED.

26  Dated: ____4/27____, 2007

                                     By: _____
                                         Honorable Claudia Wilken
                                         United States District Court Judge

STIPULATION AND PROPOSED ORDER CONTINUING
MSJ HEARING AND CASE MANAGEMENT CONFERENCE         2
– C06-02626CW