1  GREGORY S. WALSTON, State Bar No. 196776
2  JULIE ZHALKOVSKY, State Bar No. 247617
   THE WALSTON LEGAL GROUP
3  222 Columbus Avenue, Suite 320
   San Francisco, California 94133
4  Telephone: (415) 956-9200
   Facsimile: (415) 956-9205
5  Email: gwalston@walstonlaw.com

6
   ATTORNEYS FOR PLAINTIFF
7  EARL L. HELTSLEY

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  EARL L. HELTSLEY,                    Case No. C06-02626 CW

13              Plaintiff,               STIPULATION TO CONTINUE TIME
                                         ON THE EXCHANGE OF PRE-TRIAL
14         v.                            DOCUMENTS; [PROPOSED] ORDER

15  SERGEANT STEVE HARRIS, OFFICER C.
    DECIOUS, OFFICER A. MANDELL,
16  OFFICER G. LEWIS, DOES ONE through
    TEN, inclusive
17

18              Defendants.

19

20       Plaintiff EARL L. HELTSLEY and defendants SERGEANT STEVE HARRIS, OFFICER

21  C. DECIOUS, OFFICER A. MANDELL, and OFFICER G. LEWIS, by and through their

22  respective counsel of record, stipulate as follows:

23       WHEREAS the trial date of this matter is currently set for July 30, 2007;

24       WHEREAS plaintiff's attorney is lead counsel in an unrelated case in San Francisco

25  Superior Court, which is currently in trial and not expected to be completed until approximately

26  July 31, 2007;

27       WHEREAS plaintiff filed a motion for a continuance of trial in this matter to August 27,

28  2007 or the earliest date that is convenient for the Court;

- 1 -

STIPULATION TO CONTINUE TIME ON THE EXCHANGE OF PRE-TRIAL DOCUMENTS;
[PROPOSED] ORDER

1  WHEREAS plaintiff filed a motion for a continuance of the pre-trial conference in this
2  matter to August 21, 2007 or the earliest date that is convenient for the Court;
3  IT IS THEREFORE STIPULATED AND AGREED, by and between the plaintiff EARL
4  L. HELTSLEY and defendants SERGEANT STEVE HARRIS, OFFICER C. DECIOUS,
5  OFFICER A. MANDELL, and OFFICER G. LEWIS, by and through their respective attorneys of
6  record, that: Pending the resolution of the motion to continue the trial date and the date of the pre-
7  trial conference, the parties agree to postpone the deadline on the exchange and submission of all
8  pre-trial documents to not more than 10 days before the new pre-trial conference date, as
9  determined by the Court.

10 Dated: July 12, 2007      THE WALSTON LEGAL GROUP

                              By: Julie Zhalkovsky
                              Attorneys for Plaintiff
                              EARL L. HELTSLEY

15 Dated: July 12, 2007      McNAMARA LAW FIRM

                              By: Noah G. Blechman
                              Attorneys for Defendants
                              SERGEANT STEVE HARRIS, OFFICER C.
                              DECIOUS, OFFICER A. MANDELL, and
                              OFFICER G. LEWIS,

**IT IS SO ORDERED**
Date: 7/24/07

                              HON. CLAUDIA WILKEN
                              JUDGE UNITED STATES DISTRICT
                              COURT FOR THE NORTHERN DISTRICT
                              OF CALIFORNIA

- 2 -

STIPULATION TO CONTINUE TIME ON THE EXCHANGE OF PRE-TRIAL DOCUMENTS;
[PROPOSED] ORDER