IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EARL L. HELTSLEY,

    Plaintiff,

    v.

SERGEANT STEVEN HARRIS, OFFICER C. DECIOUS, OFFICER A. MANDELL, OFFICER G. LEWIS, and DOES ONE through TEN,

    Defendants.

_____/

No. C 06-2626 CW

ORDER RE: MOTIONS IN LIMINE

On August 8, 2007, the Court held a pre-trial conference. At that hearing, the Court made the following evidentiary rulings:

(1) Defendants' motion in limine to exclude the testimony of Plaintiff's Medical Expert, Dr. Edward Miranda, is granted in part. Defendants' arguments that Dr. Miranda is a recent graduate and has only testified twice as an expert are unavailing. Dr. Miranda is a medical doctor. Therefore, the Court finds that Dr. Miranda's testimony with respect to medical issues is, as a general matter, relevant and reliable. See Fed. R. Evid. 702; Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579, 592-3 (1993).

Defendants also argue, and the Court agrees, that Dr.

1  Miranda's opinions regarding the likelihood that Plaintiff was
2  under the influence of methamphetamine at the time of his arrest
3  are not reliable because they are not based upon sufficient facts
4  or data.  See Fed. R. Evid. 702.  Plaintiff may not elicit
5  testimony from Dr. Miranda regarding methamphetamine intoxication.
6      Defendants argue that Dr. Miranda is not qualified to testify
7  regarding the cause of Plaintiff's broken arm.  However, Dr.
8  Miranda is a medical doctor and Defendants have not produced any
9  argument or evidence that a medical doctor is not qualified to
10 testify regarding these matters.
11     The parties agree that Dr. Miranda will not testify regarding
12 the cause of any of Plaintiff's dental injuries.
13     (2)  Defendants may not introduce any evidence of the post-
14 arrest investigation or any contraband discovered in the course of
15 that investigation unless such evidence becomes admissible as
16 impeachment evidence.
17     (3)  Defendants may not introduce any evidence of the charges
18 or convictions stemming from Plaintiff's arrest, except for the
19 charge and conviction for violation of California Penal Code § 69,
20 unless such evidence becomes admissible as impeachment evidence.
21
22     IT IS SO ORDERED.
23         8/13/07
24 Dated: _____     _____
25                                      CLAUDIA WILKEN
                                        United States District Judge

**United States District Court**
For the Northern District of California

2