GREGORY S. WALSTON, State Bar No. 196776
THE WALSTON LEGAL GROUP
A Professional Corporation
222 Columbus Avenue, Suite 320
San Francisco, California 94133
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

ATTORNEYS FOR PLAINTIFF EARL L. HELTSLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL L. HELTSLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SERGEANT STEVE HARRIS, et al.,<br><br>　　　　　Defendants. | Case No. C-06-02626 CW<br><br>[PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICATUM |

Inmate Lamont Royce Robinson, No. 2007-017528, date of birth 7/28/71, is a necessary and material witness in the trial of this matter. Accordingly, the Contra Costa County Jail – Martinez Detention Facility, located at 1000 Ward Street Martinez, CA 94553, the Contra Costa County Sheriff's Office, and Contra Costa County Sheriff Warren Rupf are ordered to produce inmate Lamont Royce Robinson, No. 2007-017528, date of birth 7/28/71, at the United States District Court for the Northern District of California, located at 1301 Clay Street, Oakland, California 94612 in Courtroom 3, beginning at August 15, 2007 at 8:30 and continuing day to day until his testimony in this matter is complete.

Date: 8/13/07                           _____
                                        UNITED STATES DISTRICT JUDGE

- 1 -

*Heltsley v. Harris, et al.*, No. 06-02626