Aug-20-2007 12:02pm From-Chambers of Judge Rader 19012 P.001/003 F-452
Case 4:06-cv-02626-CW Document 82 Filed 08/30/07 Page 1 of 3
Case 4:06-cv-02626-CW Document 80 Filed 08/27/2007 Page 1 of 3

JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
PETRA BRUGGISSER (State Bar No. 241173)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
Sergeant Steve Harris, Officer C. Decious, Officer A. Mandell, and Officer G. Lewis

**FILED**

AUG 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL L. HELTSLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>SERGEANT STEVE HARRIS, OFFICER C. DECIOUS, OFFICER A. MANDELL, OFFICER G. LEWIS, DOES ONE THROUGH TEN, inclusive,<br><br>    Defendants. | Case No. C06-02626CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME TO FILE MOTION FOR ATTORNEY'S FEES<br><br>Judge:    Hon. Randall Rader<br>Trial Date:    August 14, 2007 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Earl L. Heltsley ("Plaintiff") and Defendants, officers of the Richmond Police Department ("Defendants") to request an order enlarging time to file Defendants' motion for attorney's fees pursuant to Civil Local Rule 54-6 (a) and 6-2 (a). The motion is currently due on September 4, 2007, 14 days of entry of judgment per Civil Local Rule 54-6 (a) and FRCP 54 (d) (2) (B). Judgment was entered on August 21, 2007.

Both parties stipulated and agreed to enlarge the time to file Defendant's motion for attorney's fees for 14 days, until September 18, 2007.

///

STIPULATED REQUEST FOR ORDER
ENLARGING TIME TO FILE MOTION FOR
ATTORNEY'S FEES

Aug-29-2007 12:02pm From-Chambers Judge Wade +202 633 9325 T-012 P.002/003 F-452
Case 4:06-cv-02626-CW Document 82 Filed 08/30/07 Page 2 of 3
Case 4:06-cv-02626-CW Document 80 Filed 08/27/2007 Page 2 of 3

1  This is the first request to enlarge time to file Defendant's motion for attorney's fees.
2  Judgment was entered on August 21, 2007 and Defendant's need sufficient time to prepare, file
3  and serve their motion for attorney's fees. The parties stipulated to a brief enlargement of time
4  for only 14 days, which will not affect the schedule for the case. Good cause has been
5  demonstrated by the parties.

Dated: August 27, 2007

WALSTON LEGAL GROUP

By: *See attached*
Gregory Walston, Esq.
Attorneys for Plaintiff

Dated: August 27, 2007

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Petra Bruggisser
Attorneys for Defendants
Sergeant Steve Harris, Officer C. Decious, Officer A. Mandell, and Officer G. Lewis

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendants shall file and serve their motion for attorney's fees on or before September 18, 2007.

Dated: 8/30, 2007

By: _____
Honorable Randall Rader
United States District Court Judge

STIPULATED REQUEST FOR ORDER ENLARGING TIME TO FILE MOTION FOR ATTORNEY'S FEES

2

Aug-29-2007 12:02pm From-Chambers of Judge Wade +202 633 8325 T-012 P.003/003 F-452
Case 4:06-cv-02626-CW Document 82 Filed 08/30/07 Page 3 of 3
Case 4:06-cv-02626-CW Document 80 Filed 08/27/2007 Page 3 of 3

3 and serve their motion for attorney's fees. The parties stipulated to a brief enlargement of time
4 for only 14 days, which will not affect the schedule for the case. Good cause has been
5 demonstrated by the parties.

7 Dated: August 27, 2007     WALSTON LEGAL GROUP

9 By: /s/ Gregory Walston
10 Gregory Walston, Esq.
Attorneys for Plaintiff

12 Dated: August ___, 2007     MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

14 By: /s/
15 James V. Fitzgerald, III
Noah G. Blechman
16 Petra Bruggisser
Attorneys for Defendants
17 Sergeant Steve Harris, Officer C. Decious, Officer A. Mandall, and Officer G. Lewis

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendants shall file and serve their motion for attorney's fees on or before September 18, 2007.

Dated: 8/30, 2007

By: /s/ Randall Rader
Honorable Randall Rader
United States District Court Judge

STIPULATED REQUEST FOR ORDER
ENLARGING TIME TO FILE MOTION FOR     2
ATTORNEY'S FEES

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 1288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330